IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWARD JOSEPH MCNATT,**           )<br>                  Petitioner           )<br>                                              )<br>v.                                          )<br>                                              )<br>**SUPERINTENDENT GEORGE PATRICK,**  )<br>**et al.,**                                      )<br>                  Respondents.     ) | **C.A. No. 05-128 Erie**<br><br>**District Judge McLaughlin**<br>**Magistrate Judge Baxter** |

## ORDER

AND NOW, this 13th day of July, 2005;

IT IS HEREBY ORDERED that Respondents' "Motion for Extension of Time in Which to File Response" [Document # 7] is GRANTED and Respondent shall have until July 29, 2005, to file a response.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

S/Susan Paradise Baxter
SUSAN PARADISE BAXTER
Chief U.S. Magistrate Judge

cc:    All parties of record