IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD JOSEPH MCNATT,** | : | **C.A. No. 05-128 ERIE** |
| | : | |
| Petitioner, | : | |
| | : | |
| vs. | : | |
| | : | **Type of Document:** |
| | : | |
| **SUPERINTENDENT GEORGE PATRICK,** | : | **Exhibits to Answer to** |
| et al. | : | **Petition for Writ of Habeas** |
| | : | **Corpus** |
| Respondent. | : | |
| | : | |
| | : | |
| | : | **Attorneys of Record:** |
| | : | |
| | : | **Maria Battista Kerle, Esq.** |
| | : | **Assistant District Attorney** |
| | : | **Attorney I.D. #: 69067** |
| | : | |
| | : | **Marie T. Veon, Esq.** |
| | : | **District Attorney** |
| | : | **Attorney I.D. #: 42174** |
| | : | |
| | : | **Office of District Attorney** |
| | : | **Venango County** |
| | : | **    Courthouse** |
| | : | **Franklin, PA  16323** |
| | : | **PH:  814-432-9598** |
| | : | **FAX: 814-437-6721** |
| | : | |
| | : | |

# EXHIBITS
## TABLE OF CONTENTS

|  | NO. |
|---|---|
| INFORMATION FOR CR. NO. 182-98 | 1 |
| INFORMATION FOR CR. NO. 183-98 | 2 |
| TRANSPORT ORDER FOR 9/15/98 RE-ARRAIGNMENT COURT | 3 |
| PLEA AGREEMENT | 4 |
| TRANSPORT ORDER FOR 10/20/98 SENTENCE COURT | 5 |
| SENTENCE ORDER FOR CR NO. 183-98 | 6 |
| MOTION FOR NOLLE PROSEQUI FOR CR. NO. 183-98 | 7 |
| SENTENCE ORDER FOR CR. NO. 182-98 | 8 |
| MOTION FOR NOLLE PROSEQUI FOR CR. NO. 182-98 | 9 |
| GUIDELINE SENTENCE FORM | 10 |
| TRANSCRIPT OF STATE SENTENCE OF 10-20-98 | 11 |
| COURT COMMITMENT FOR CR. NO. 182-98 | 12 |
| COURT COMMITMENT FOR CR. NO. 183-98 | 13 |
| RECEIPT FOR PAYMENT | 14a |
| BALANCE DUE BY COST/FINE | 14b |
| STATEMENT OF JUDGMENT | 14c |
| MOTION TO PROCEED NUNC PRO TUNC | 15 |
| ORDER DENYING MOTION TO PROCEED NUNC PRO TUNC | 16 |
| LETTER FROM THE BOARD OF PROBATION AND PAROLE | 17 |
| MEMORANDUM FROM OLIVER J. LOBAUGH DATED 12-4-00 | 18 |
| LETTER FROM THE BOARD OF PROBATION AND PAROLE | 19 |
| LETTER FROM VENANGO COUNTY COURT REPORTERS | 20 |
| PROOF OF SERVICE/PETITION FOR RELIEF-REMEDY | 21 |
| MOTION FOR POST CONVICTION COLLATERAL RELIEF | 22 |
| PETITION FOR AMENDMENT FOR POST CONVICTION RELIEF NUNC PRO TUNC | 23 |
| ORDER OF COURT ON MOTION FOR POST CONVICTION COLLATERAL RELIEF | 24 |
| LETTER FROM DEFENDANT TO JUDGE LOBAUGH DATED 9/24/04 | 25a |
| PETITION FOR WRIT OF HABEAS CORPUS | 25b |
| APPLICATION FOR IMMEDIATE HEARING ON THE PENDING PETITION FOR WRIT OF HABEAS CORPUS | 25c |
| LETTER FROM SUPREME COURT OF PA DATED 10/27/04 | 26 |
| LETTER FROM DEFENDANT TO DISTRICT ATTORNEY | 27a |
| APPLICATION FOR LEAVE TO FILE ORIGINAL PROCESS | 27b |
| COVER LETTER FOR MOTION FOR NOMINAL BAIL PENDING APPEAL FROM DEFENDANT DATED 11/12/04 | 28a |
| MOTION FOR NOMINAL BAIL PENDING APPEAL | 28b |
| LETTER STATING COMMONWEALTH WILL NOT FILE A BRIEF IN OPPOSITION TO PETITIONER'S APPLICATION TO LEAVE TO FILE ORIGINAL PROCESS AND PETITIONER'S WRIT OF HABEAS CORPUS | 29 |

MOTION TO DISMISS COMMONWEALTH'S FILING AS UNTIMELY
    AND REQUEST FOR RELIEF................................................................  30
LETTER FROM SUPREME COURT OF PA WESTERN DISTRICT
    DENYING THE DEFENDANT'S MOTION FOR NOMINAL BAIL
    PENDING APPEAL........................................................................... 31
REQUEST TO PROCEED PRO SE FILED BY DEFENDANT.................... 32
LETTER FROM SUPREME COURT OF PA WESTERN DISTRICT TO
    DEFENDANT REGARDING DEFENDANT'S FILING......................... 33
ORDER GRANTING APPLICATION FOR LEAVE TO FILE ORIGINAL
    PROCESS........................................................................................... 34
NOTICE OF APPEAL................................................................................ 35a
CONCISE STATEMENT OF MATTERS COMPLAINED OF ON APPEAL.... 35b
APPLICATION FOR AN IMMEDIATE HEARING ON THE PENDING
    PETITION FOR WRIT OF HABEAS CORPUS...................................... 36
LETTER FROM SUPERIOR COURT OF PA DATED 2/16/05..................... 37
COVER LETTER FOR PRAECIPE FOR ENTRY OF ORDER FILING.......... 38a
PRAECIPE FOR ENTRY OF ORDER......................................................... 38b
LETTER TO VENANGO COUNTY COURT ADMINISTRATOR................ 39
OPINION OF COURT DATED 5/4/05......................................................... 40
ORDER OF COURT ON MOTION TO CONTINUE................................... 41
ORDER OF COURT TO REMOVE COUNSEL........................................... 42
LETTER FROM JUDGE'S CHAMBERS LAW CLERK REGARDING
    PRO SE FILING BY THE DEFENDANT.............................................. 43a
LETTER FROM DEFENDANT DATED 6/23/05........................................ 43b
PETITIONERS AMENDMENT IN SUPPORT OF PCRA............................ 43c
NOTICE OF BOARD OF PROBATION AND PAROLE DECISION AS
    RECORDED ON MARCH 29, 2005..................................................... 44a
NOTICE OF BOARD OF PROBATION AND PAROLE DECISION AS
    RECORDED ON OCTOBER 19, 2004.................................................. 44b
NOTICE OF BOARD OF PROBATION AND PAROLE DECISION AS
    RECORDED ON OCTOBER 23, 2003.................................................. 44c
LETTER FROM PA BOARD OF PROBATION AND PAROLE
    DATED 6/28/02................................................................................... 44d
LETTER FROM PA BOARD OF PROBATION AND PAROLE
    DATED 5/17/01................................................................................... 44e
CERTIFIED DOCKET TRANSCRIPT FOR CR. NO. 182-98....................... 45
CERTIFIED DOCKET TRANSCRIPT FOR CR. NO. 183-98....................... 46

```
COMMONWEALTH OF PENNSYLVANIA        :  IN THE COURT OF COMMON PLEAS
                                    :  VENANGO, PENNSYLVANIA
        VS.                         :  CRIMINAL DIVISION
                                    :
EDWARD JOSEPH MCNATT                :  CR No. 182-98
                                    :
OIL CITY, PA                        :
        /69                         :
        5701                        :
```

*(handwritten: PO BOX 1000 HOUTSDALE PA 16698)*

THE DISTRICT ATTORNEY OF VENANGO COUNTY, by this information charges that on or about Monday, the 14th day of July, 1997, in said County of Venango, Pennsylvania, the defendant

### COUNT 1 - FORGERY - (F3)

did, with the intent to defraud or injure Peddler's Village, or with knowledge that he was facilitating a fraud or injury to be perpetrated by anyone, make, complete, execute, authenticate, issue, or transfer a writing or writings so to purport such to be the act of another who did not authorize such act, to wit: he wrote check #6556 in the amount of $139.17, drawn on PNC Bank Account         1845, so that it purported to be the act of William and Frances Reese, who did not authorize that act, or utter said writing to Peddler's Village, Cranberry Township, Venango County, PA.
[18 P.S. 4101 (a)(2)]

### COUNT 2 - THEFT BY DECEPTION - (M2)

did unlawfully and intentionally obtain or withold the property of another by deception in that he created or reinforced a false impression as to law, value, intention or other state of mind; to wit: Defendant engaged in the above conduct.
[18 P.S. 3922 (a) (1)].

### COUNT 3 - CRIMINAL CONSPIRACY - (F3)

did with the intent of promoting or facilitating the commission of the crime of Forgery and Theft by Deception conspire with Tammy Jean Ouellette, and agree that they or one or more of them would engage in conduct which constitutes said crime or an attempt or solicitation to commit such crimes or agree to aid in the planning or commission of said crimes, and in furtherance of such conspiracy, did arrive at the above location where they or one or more of them engaged in the above conduct.
[18 P.S. 903 (a)]

/

All of which is against the Act of Assembly and the peace and dignity of the Commonwealth of Pennsylvania.

*Robert Grossi*
ROBERT GROSSI
Attorney for the Commonwealth

[18 P.S. 4101 (a) (2)] - F3 - $15,000.00/7 years
[18 P.S. 3922 (a) (1)] - M2 - $5,000.00/2 years
[18 P.S. 903 (a)] - F3 - $15,000.00/7 years

TANNER/PSP-S, Prosecutor

2

2

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : IN THE COURT OF COMMON PLEAS |
| | : VENANGO, PENNSYLVANIA |
| VS. | : CRIMINAL DIVISION |
| | : |
| EDWARD J. MCNATT | : CR No. 183-98 |
| C/O VCJ | : |
| FRANKLIN, PA 16323 | : |
| /69 | : |

THE DISTRICT ATTORNEY OF VENANGO COUNTY, by this information charges that on or about Wednesday, the 6th day of August, 1997, in said County of Venango, Pennsylvania, the defendant

COUNT 1-4 - BAD CHECKS - MULTIPLE CHECKS AT ONE BUSINESS - (M2)

did unlawfully issue or pass checks, at Henry's Riverside Market, located in Venango County, PA, as enumerated below by check number, date of check and its amount, all drawn on Account 1845 of the PNC Bank of Oil City, knowing that these checks would not be honored by the drawer:

| Check Number | Date of Check | Amount of Check |
|---|---|---|
| 6555 | 7/12/97 | $200.00 |
| 6557 | 7/14/97 | $173.15 |
| 6558 | 7/15/97 | $200.00 |
| 6560 | 7/18/97 | $200.00 |

Said conduct constitutes (4) counts of Bad Checks [18 P.S. 4105 (a)] and constitutes the defendant's third or subsequent bad check offense within five years.
[18 P.S. 4105]

COUNT 5 - THEFT BY DECEPTION - (M2) M1

did unlawfully and intentionally obtain or withold the property of another by deception in that he created or reinforced a false impression as to law, value, intention or other state of mind; to wit: did the acts described above.
[18 P.S. 3922 (a) (1)].

COUNT 6 - RECEIVING STOLEN PROPERTY - (M3)

did unlawfully or intentionally, at the above location in, Venango County, PA, receive, retain or dispose of the movable property of William and Frances Reese,                   Peckville, PA
, to wit: the above checks, having an aggregate value of $773.15, more or less, knowing the property had been stolen or believing that the property had probably been stolen, the property not having been received, retained, or disposed of by the defendant with the intent to restore it to said owner.
[18 P.S. 3925 (a)].

3

COUNTS 7-10 - FORGERY - (F3)

did with the intent to defraud or injure Henry's Riverside Market, or with knowledge that he was facilitating a fraud or injury to be perpetrated by anyone, make, complete, execute, authenticate, issue, or transfer any writing, to wit: he did pass the aforementioned checks knowing they had been forged, so that it purported to be the act of Frances Reese, who did not authorize that act, knowing it to be forged in an aforementioned manner. [18 P.S. 4101 (a)(2)(3)]

All of which is against the Act of Assembly and the peace and dignity of the Commonwealth of Pennsylvania.

*Robert Grossi*
ROBERT GROSSI
Attorney for the Commonwealth

[18 P.S. 4105] - M2 $5,000.00/2 years
[18 P.S. 3922 (a) (1)] - M2 - $5,000.00/2 years
[18 P.S. 3925] - M3 - $2,500.00/1 year
[18 P.S. 4101 (a) (2) (3)] - F3 - $15,000.00/7 years

SCHATTAUER/OCPD, Prosecutor

4