3

Case 1:05-cv-00128-SJM-SPB   Document 12-3   Filed 08/12/2005   Page 1 of 14

# IN THE COURT OF COMMON PLEAS OF VENANGO COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA

vs.

EDWARD J. McNATT

CR No. 182  1998
CR No. 183  1998

FILED COMMON PLEAS COURT VENANGO COUNTY, PA
1998 SEP -9 P 2: 14
PEGGY L. MILLER PROTHONOTARY AND CLERK OF COURTS

MOTION TO ~~FOR~~ TRANSPORT DEFENDANT FOR 9/15/98 RE-ARRAIGNMENT COURT

AND NOW, Sept. 9, 1998, Counsel for defendant requests the Court to:

to have the Sheriff of Venango County, Pennsylvania, or one of his deputies to transport the above-captioned defendant from SCI – Houtzdale, Pennsylvania, to Venango County Prison by September 15, 1998, as defendant's cases are listed on the 9/15/98 Re-Arraignment Court, at 1:30 P.M.

A copy of this Motion has been provided to Office of the District Attorney.

Attorney's Signature  K. Schellart Ham, Esquire

## ORDER OF COURT

AND NOW, Sept. 9, 19 98, the within Motion is granted. ~~and it is Ordered and Decreed that:~~

BY THE COURT,

H. William White, President Judge

copy: PD
DA
Sheriff

2 Exit certified copy to Sheriff.

5

4

COMMONWEALTH OF PENNSYLVANIA : IN THE COURT OF COMMON PLEAS
VS. : VENANGO COUNTY, PENNSYLVANIA
Edward J. McNatt :
: CR NO. 182/98
: And
PLEA AGREEMENT  183/98

The Commonwealth, by Marie T. Veon, District Attorney of Venango County has offered a negotiated plea with Edward J. McNatt. Pursuant to this agreement, the defendant pleads guilty to:

AT CR 182/98 Count 1 - Forgery - F3
AT CR 183/98 Count 5 - Theft by Deception - M1

The Commonwealth will Nol Pros the Remaining Counts.

Defendant agrees to pay restitution on all 5 checks including a $20 charge on each check

This plea agreement shall not affect the right of the Court to impose a fine or to order restitution.

The defendant understands that he may enter a plea of not guilty to all charges, that he is presumed to be innocent until found guilty, and he may have a jury of his peers determine his guilt or innocence. He has consulted with his attorney, and has been advised of the nature of the charges, and the permissible range of sentences.

I enter this plea knowingly and willingly. No promises have been made to me as to any sentence that may be imposed by the Court. The defendant is aware that the judge is not bound by the terms of any plea agreement tendered unless the judge accepts the agreement.

_____    _____
ATTORNEY FOR THE COMMONWEALTH        DEFENDANT

9-15-98                            _____
DATE                              ATTORNEY FOR THE DEFENDANT

6

5

# IN THE COURT OF COMMON PLEAS OF VENANGO COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA

vs.

EDWARD J. McNATT

CR No. 182  1998
CR No. 183  1998

MOTION TO/FOR TRANSPORT DEFENDANT FOR 10/20/98 SENTENCE COURT

AND NOW, 9/17/, 1998, Counsel for defendant requests the Court to:

have the Sheriff of VEnango County, Pennsylvania, or one of his deputies, transport the above-captioned defendant from SCI - Houtzdale, Pennsylvania, to Venango County Prison by October 19, 1998, as defendant is scheduled to be sentenced on two cases on October 20, 1998 Sentence Court.

A copy of this Motion has been provided to Office of the District Attorney.

SHERIFF'S DEPT

Attorney's Signature    Blair H. Hindman, Esquire

## ORDER OF COURT

AND NOW, September 15, 1998, the within Motion is granted. ~~and it is Ordered and Decreed that:~~

_____
_____
_____
_____
_____

BY THE COURT,

H. William White, President Judge

copy: _____
       _____

(2) Cert: Sheriff - 9-17-98

7

6

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE COURT OF COMMON PLEAS |
| | : | VENANGO COUNTY, PENNSYLVANIA |
| vs. | : | |
| | : | |
| EDWARD J. McNATT | : | C.R. No. 183 - 1998 |

## SENTENCE

AND NOW, October 20, 1998, the SENTENCE and ORDER of Court on Count 5, **Theft by Deception**, in violation of Crimes Code §3922(a)(1) M1, is that you, Edward J. McNatt, Defendant, pay the costs of prosecution, all other costs, pay a fine of $300, and undergo an imprisonment in a state institution of the Department of Corrections for an indefinite term, the minimum of which shall be **sixteen (16) months**, the maximum of which shall be **sixty (60) months**, to be computed from **October 20, 1998**, at that institution to be kept, fed, clothed, and treated as the law directs, and stand committed to the Western Diagnostic Classification Center, Allegheny County, Pennsylvania, for compliance with the within sentence.

The Defendant shall make full restitution to the Clerk of Courts of Venango County for the use of Henry Stricek in the amount of $853.13.

BY THE COURT,

_____
OLIVER J. LOBAUGH, Judge

7

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : IN THE COURT OF COMMON PLEAS |
| | : VENANGO COUNTY, PENNSYLVANIA |
| VS. | : |
| EDWARD MCNATT | : CR NO. 183/98 |

### MOTION FOR NOLLE PROSEQUI

AND NOW, this 20 day of October, 1998, Motion in open Court for leave to enter a nolle prosequi to Count(s) 1,2,3,4,6,7,8,9,10 for the reason that the defendant plead guilty to Count(s) 5 and was sentenced on this date; defendant to pay the costs.

_____
Attorney for the Commonwealth

OCT 20 1998  _____ PRESENTED IN OPEN COURT AND GRANTED.

BY THE COURT
ATTEST: PEGGY L. MILLER
CLERK OF COURTS

### ORDER

AND NOW, THIS 20 DAY OF Oct., 1998, UPON CONSIDERATION OF THE ABOVE MOTION, A NOLLE PROSEQUI IS HEREBY ENTERED AS STATED.

BY THE COURT:

_____ J.

9



| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE COURT OF COMMON PLEAS |
| | : | VENANGO COUNTY, PENNSYLVANIA |
| vs. | : | |
| | : | |
| EDWARD J. McNATT | : | C.R. No. 182 - 1998 |

## SENTENCE

AND NOW, October 20, 1998, the SENTENCE and ORDER of Court on Count 1, **Forgery**, in violation of Crimes Code, (F3), §4101(a)(2), is that you, Edward J. McNatt, Defendant, pay the costs of prosecution, all other costs, pay a fine of **$300**, and undergo an imprisonment in a state institution of the Department of Corrections for an indefinite term, the minimum of which shall be **sixteen (16) months**, the maximum of which shall be **eighty-four (84) months**, to be computed from **the expiration of the sentence imposed at C.R. 183 - 1998**, at that institution to be kept, fed, clothed, and treated as the law directs, and stand committed to the Western Diagnostic Classification Center, Allegheny County, Pennsylvania, for compliance with the within sentence.

The Defendant shall make full restitution to the Clerk of Courts of Venango County for the use of William and Frances Reese in the amount of **$159.17**.

The Sentence imposed herein shall run consecutively to the sentence imposed at C.R. No. 183 - 1998.

The total confinement hereby imposed by the sentences is **thirty-two (32) months** to **one hundred forty-four (144) months**.

BY THE COURT,

_____
OLIVER J. LOBAUGH, Judge

2

10

9

Exhibit 9

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : IN THE COURT OF COMMON PLEAS |
| | : VENANGO COUNTY, PENNSYLVANIA |
| VS. | : |
| EDWARD MCNATT | : CR NO. 182/98 |

## MOTION FOR NOLLE PROSEQUI

AND NOW, this 20th day of October, 1998, Motion in open Court for leave to enter a nolle prosequi to Count(s) 2,3 for the reason that the defendant plead guilty to Count(s) 1 and was sentenced on this date; defendant to pay the costs.

_____
Attorney for the Commonwealth


OCT 20 1998    PRESENTED IN OPEN COURT AND GRANTED.

BY THE COURT
ATTEST: PEGGY L. MILLER
CLERK OF COURTS


## ORDER

AND NOW, THIS 20 DAY OF Oct, 1998, UPON CONSIDERATION OF THE ABOVE MOTION, A NOLLE PROSEQUI IS HEREBY ENTERED AS STATED.

BY THE COURT:
_____ J.

11