

DC-300B (PART 1)
(Rev. 10-85)

Type or Print Legibly  *Exhibit 12*

COURT COMMITMENT
STATE OR COUNTY CORRECTIONAL INSTITUTION
Commonwealth of Pennsylvania
vs.

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

MCNATT, EDWARD J
_____
COMMITMENT NAME (LAST, FIRST, INITIAL, SUFFIX)

NOTE: Additional supply of this form available at above address:

☐ **DC-300B (Part II) attached**

| SEX | DATE OF BIRTH | SID | OTN | COURT OF INITIAL JURISDICTION | COMMON PLEAS |
|---|---|---|---|---|---|
| ☐ F ☒ M | -69 | | F 053834-4 | ☐ | ☒ |

COMMITTING COUNTY/MAGISTERIAL DISTRICT

VENANGO

COURT NUMBER

CR 182-1998

DATE - TERM

The above defendant after  ☒ pleading guilty  ☐ nolo contendre  ☐ being found guilty  was on

OCTOBER 20TH, , 1998 sentenced by Judge/District Justice OLIVER J. LOBAUGH, JUDGE to a term of

not less than _____ years 16 months _____ days nor more than _____ years 84 months _____ days, or _____

_____ for the offense of CT#1- FORGERY (F3)

(Section CC 4101-A2 of the Crimes Code) or (other statute) _____.

It is further ordered that the said defendant be delivered by the proper authority to and treated as the law

WESTERN DIAGNOSTIC

directs at the CLASSIFICATION CENTER facility located at ALLEGHENY COUNTY, PITTSBURGH, PA .

| FINE AMOUNT $ 300.00 | COSTS AMOUNT $ 254.50 | RESTITUTION |
|---|---|---|
| To Be Paid To: ☒ COUNTY  ☐ COMMONWEALTH | To Be Paid By: ☐ COUNTY  ☒ DEFENDANT | $159.17- WILLIAM & FRANCES REESE |

CREDIT FOR TIME SERVED (EXPLANATION OF CREDIT COMPUTATION ON REVERSE SIDE)

EFFECTIVE DATE OF SENTENCE
**AT EXP OF THE SENTENCE IMPOSED AT CR 183-1998**

This sentence shall be deemed to run concurrent to any existing sentences, effective the date of imposition unless otherwise stipulated below:

**THE SENTENCE IMPOSED HEREIN SHALL RUN CONSECUTIVELY TO THE SENTENCE IMPOSED AT CR 183-1998**

**TOTAL CONFINEMENT IMPOSED BY THE SENTENCES IS: 32 MONTHS TO 144 MONTHS**

PROSECUTING ATTORNEY

ROBERT GROSSI, ASSISTANT DA
DEFENSE ATTORNEY

BLAIR HINDMAN
COURT REPORTER

MELISSA R KEATING

DISPOSITION OF NON-INCARCERATION OFFE

NOL PROS CT'S 2 & 3

NO
PSI
rec'D

(THIS BLOCK NOT TO BE US

In witness, whereof I have hereunto set my hand and seal of said

court, this 27TH day of OCTOBER 19 98 .

*Peggy L. Miller* PP
_____
AUTHORIZED SIGNATURE

(SEAL)

*32*

13

Type of Print Legibly    Exhibit 13

COURT COMMITMENT
STATE OR COUNTY CORRECTIONAL INSTITUTION
Commonwealth of Pennsylvania
vs.

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS**

MCNATT, EDWARD J.

NOTE: Additional supply of this form available at above address:
☐ DC-300B (Part II) attached

COMMITMENT NAME (LAST, FIRST, INITIAL, SUFFIX)

| SEX | DATE OF BIRTH | SID | OTN | COURT OF INITIAL JURISDICTION | COMMON PLEAS |
|---|---|---|---|---|---|
| ☐ F  ☒ M | -69 | | E 920414-5 | ☐ | ☒ |

COMMITTING COUNTY/MAGISTERIAL DISTRICT        COURT NUMBER        DATE - TERM

VENANGO

CR 183-1998

The above defendant after  ☒ pleading guilty    ☐ nolo contendere    ☐ being found guilty    was on

___OCTOBER 20TH___ , 19 _98_ sentenced by Judge/~~District Justice~~ OLIVER J. LOBAUGH, JUDGE _____ to a term of

not less than _____ years __16__ months _____ days nor more than _____ years _60_ months _____ days, or _____

_____ for the offense of CT#5- THEFT BY DECEPTION (M1)

(Section ___CC 3922-A1___ of the Crimes Code) or (other statute) _____ .

It is further ordered that the said defendant be delivered by the proper authority to and treated as the law
               WESTERN DIAGNOSTIC
directs at the ~~CLASSIFICATION CENTER~~ facility located at ___ALLEGHENY COUNTY, PITTSBURGH, PA___ .

| FINE | COSTS | RESTITUTION |
|---|---|---|
| AMOUNT  $ 300.00 | AMOUNT  $ 185.50 | **HENRY STRICEK - $853.15** |
| To Be Paid To: . | To Be Paid By: | |
| ☒ COUNTY  ☐ COMMONWEALTH | ☐ COUNTY  ☒ DEFENDANT | |

CREDIT FOR TIME SERVED (EXPLANATION OF CREDIT COMPUTATION ON REVERSE SIDE)        EFFECTIVE DATE OF SENTENCE

OCTOBER 20, 1998

This sentence shall be deemed to run concurrent to any existing sentences, effective the date of imposition unless otherwise stipulated below:

NO
PSI
REC'D

PROSECUTING ATTORNEY        DISPOSITION OF NON-INCARCERATION OFFENSE(S)

ROBERT GROSSI .

NOL PROS CT'S 1,2,3,4,6,7,8,9,10

DEFENSE ATTORNEY

BLAIR HINDMAN

COURT REPORTER

MELISSA R KEATING

(THIS BLOCK NOT TO BE USED FOR INCARCERATION OFFENSE)

In witness, whereof I have hereunto set my hand and seal of said

(SEAL)

court, this ___27TH___ day of ___OCTOBER___ 19 _98_ .

_Peggy L. Miller_ pp

AUTHORIZED SIGNATURE

33

14

*Exhibit 14a*

# RECEIPT FOR PAYMENT
====================

Venango County, Pennsylvania

Clerk of Courts
Franklin, Pa  16323

Receipt Date 08/07/2001

Receipt Time    9:44:08
Receipt No.      155152

MCNATT EDWARD J
OIL CITY,  PA

Case Number 1998-00182

Remarks     SCI CAMP HILL

Total Paid $******108.36  PYMT/CHECK    No. 8717

-------------------------- Distribution Of Payment --------------------------

| Trans Desc | Beg. Bal. | Prior Pymts | This Pmt | Bal. Due |
|---|---|---|---|---|
| RESTITUTION | 159.17 | 159.17 | | .00 |
| RESTITUTION | 19.50 | 19.50 | | .00 |
| PLEA | 75.00 | 75.00 | | .00 |
| COURT COSTS | 3.00 | 3.00 | | .00 |
| NOLLE PROSSE | 5.00 | 5.00 | | .00 |
| COUNTY FINES | 300.00 | 300.00 | | .00 |
| PUBLIC DEFENDER | 50.00 | 33.64 | 16.36 | .00 |
| MAGISTRATE FEE | 19.60 | | 19.60 | .00 |
| STATE COST | 8.96 | | 8.96 | .00 |
| H.B. 627 COST | 13.44 | | 13.44 | .00 |
| JCP FEE | 5.00 | | 5.00 | .00 |
| CVC COSTS | 15.00 | | 15.00 | .00 |
| CRIME COMM COST | 15.00 | | 15.00 | .00 |
| DVC COSTS | 10.00 | | 10.00 | .00 |
| OFF F.E. ACT158 | 5.00 | | 5.00 | .00 |
| | 703.67 | 595.31 | 108.36 | .00 |

*** Paid in Full ***

NOTE: Balance Due pertains to this specific case ONLY.  Additional
Costs/Fines/Restitutions may be due on other cases.


Venango County, S.S.
Certified from the Record
to be a full and true copy.

AUG 7 - 2001

Attest
Prothonotary Clerk of Courts

34

```
51938102798              Venango County - Adult Probation                Page   1
    ADP450                  Balance Due By Cost/Fine                     10/27/98

ase No: 1998-00183   MCNATT EDWARD J

ost/Fine                Total Due      Payments          Balance       Lst Pmt

TRICEK HENRY              853.15                           853.15       0/00/0000
ROTHONOTARY/JU             19.50                            19.50       0/00/0000
EA                         75.00                            75.00       0/00/0000
URT COSTS                   3.00                             3.00       0/00/0000
LLE PROSSE                  5.00                             5.00       0/08/0000
UNTY FINES                300.00                           300.00       0/00/0000
AGISTRATE FEE              21.90                            21.90       0/00/0000
TATE COST                   7.86                             7.86       0/00/0000
B. 627 COST                6.74                             6.74       0/00/0000
CP FEE                      1.50                             1.50       0/00/0000
/C COSTS                   15.00                            15.00       0/00/0000
/C COSTS                   15.00                            15.00       0/00/0000
F F.E. ACT158              10.00                            10.00       0/00/0000
                            5.00                             5.00       0/00/0000

se Totals:              1,338.65                         1,338.65       0/00/0000
```

35

*Exhibit 14c*

# In The Court Of Common Pleas Of
## Venango County Pennsylvania
### Statement of Judgment

*CR 183-1998*

COUNTY OF VENANGO
VENANGO COUNTY OF
     ** VERSUS **
MCNATT EDWARD J

| | |
|---|---|
| No.: | 1998-01886 |
| Entered: | 10/29/98 |
| Note Dated: | 10/29/98 |
| Int. From: | 0/00/00 |
| Judgment: | $1,319.15 |
| Filing Fee: | $14.50 |
| Atty Fee: | |
| Mag. Costs: | |
| Sheriff Costs: | |
| Satisfaction: | $5.00 |
| Bill of Cost: | |

Certified from the record this 29th
day of    October   A.D., 1998

*Peggy L. Miller*
_____
Prothonotary


-----------------------------------
           SATISFACTION
-----------------------------------

Received _____ _____ Debt
interests and costs in full of the
within stated judgment; and the
Prothonotary is hereby authorized
and directed to satisfy the same,
upon payment of the Record costs.


_____
Plaintiff
-----------------------------------

*36*

15

*Exhibit 15*

COMMON PLEAS COURT OF

VENANGO COUNTY

FILED
COMMON PLEAS COURT
VENANGO COUNTY, PA

1999 FEB 17 P 12: 2

Commonwealth Of Pennsylvania

        VS.         PEGGY L. MILLER    Indict.No.CR182,183;98
                         PROTHONOTARY AND

Joseph Edward McNatt     CLERK OF COURTS

## MOTION TO PROCEED NUNC PRO TUNC,
## IN FILING POST-SENTENCE MOTIONS
## AND DIRECT APPEAL

Petitioner,Joseph Edward McNatt,pro-se hereby moves to file an
appeal nunc-pro-tunc,and file post sentence motion,and represents:


1.The petitioner,is the defendant in a criminal case,and entered
a plea of guilty to the charges of (Theft by Deception,and
Forgery).

2.A plea agreement was reached by the commonwealth,and the attorney
for this defendant,which was to be in the standard range of
sentencing at 6 to 16 months,and an aggravated range of 16 to
19 months for the forgery.On the theft by deception charge this
defendant was looking at a standard range of 6 to 16 months and
an aggravated range of 16 to 19 months.

3.On 10-20-98,judge O.Lobaugh imposed a sentence of 2Y8M-12Y on
the charges.

4.Throughout the proceedings in the lower court this defendant
was indigent,and represented by the Venango County Public Defenders
Office.

5.This petitioner told counsel after sentencing that he wished
to appeal his judgements of conviction and sentence.

6.To the best of the Petitioner's information and belief, counsel
failed to perform his duty by failing to file a notice of appeal.

7. Petitioner requests that this Honorable Court allow him to file
an appeal, nunc pro tunc, and appoint experienced counsel to represent
him in this matter.

                         Respectfully submitted,

                         Edward J. McNatt

39

IN THE COURT OF COMMON PLEAS OF VENANGO COUNTY,
PENNSYLVANIA
CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA    :
                                :
                VS.             :  C.R. NO. 182,183; 1998
                                :
                                :
EDWARD JOSEPH McNATT,           :
        Petitioner/Defendant    :
                                :

## VERIFICATION

    I, Edward Joseph McNatt, Petitioner/Defendant filing pro se
in the above-captioned matter, hereby verifies that the
information in the herein attached MOTION TO PROCEED NUNC PRO
TUNC, is true and correct to the best of my knowledge,
information and belief. Any falsification herein is punishable
under the penalties of 18 Pa.C.S.A. §4904, relating to the
unsworn falsification to authorities.

## PROOF OF SERVICE

    I, Edward Joseph McNatt, hereby certify that on this day and
date I have served a true and correct copy of the herein attached
MOTION TO PROCEED NUNC PRO TUNC, to the following persons by
first-class mail, postage pre-paid from Houtzdale, Pennsylvania,
16698-1000, which service satisfies the requirements of
Pennsylvania Rules of Court 9023:

Clerk of Courts (original and two copies)
Venango County Courthouse
Franklin, PA 16323

BY: _Edward J. McNatt_____(s)
Edward J. McNatt
D.O.C. NO. DL-6772
SCI-Houtzdale
P.O. Box 1000
Houtzdale, PA 16698-1000


ON THIS DATE: _____

38

16

Exhibit 16

IN THE COURT OF COMMON PLEAS OF
VENANGO COUNTY, PENNSYLVANIA

FILED
COURT OF COMMON PLEAS
VENANGO COUNTY, PA

Criminal Division

1999 MAR 12 P 4: 10

PEGGY L. MILLER
PROTHONOTARY AND
CLERK OF COURTS

COMMONWEALTH OF PENNSYLVANIA

v.

JOSEPH EDWARD McNATT            C.R. Nos. 182 and 183 - 1998

ORDER OF COURT

AND NOW, March 12, 1999, the Motion to Proceed Nunc Pro

Tunc, in Filing Post-Sentence Motions and Direct Appeal, is denied.

BY THE COURT,

OLIVER J. LOBAUGH, Judge

cc:  District Attorney
     Public Defender
     Joseph Edward McNatt

39