17

DEC 04 2000

Exhibit 17

**COMMONWEALTH OF PENNSYLVANIA**
**BOARD OF PROBATION AND PAROLE**

OFFICE OF THE BOARD SECRETARY
1101 South Front Street, Suite 5300
Harrisburg, PA 17104-2519
(717) 787-5684
November 29, 2000

HONORABLE OLIVER LOBAUGH
COURT OF COMMON PLEAS
VENANGO COUNTY COURTHOUSE
1168 LIBERTY STREET
FRANKLIN, PA 16323-0000

RE:   Inmate Name:   MCNATT EDWARD JOSEPH
      Parole Number:  0312V
      Bill & Term:    CR 980000183
                      CR 980000182

Dear Judge:

The Pennsylvania Board of Probation and Parole, in accordance with the provisions of the Parole Act of 1941, 61 P.S. § 331 et seq., has scheduled the above-named inmate for parole consideration.

Review of the case, including an interview with the Board, is scheduled for MARCH, 2001. Your recommendations regarding the inmate's possible release on parole will be taken into consideration by the Board prior to a decision being reached in this case. Therefore, please submit any recommendations to this office by JANUARY 29, 2001. We have enclosed a form Memorandum for your convenience if you wish to use it in lieu of other written comments.

Section 18 of the Parole Act, 61 P.S. § 331.18, provides that "[i]t shall be the duty of the court sentencing any person for a term, as to which power to parole is herein given to Board, to transmit to the said board, within thirty days after the imposition of such sentence, a copy of the notes of testimony which may have been filed of record in the case." Accordingly, the Board has sent a request for the sentencing transcript directly to the Clerk of Court.

Thank you for your cooperation in this matter.

Respectfully,

*Kathleen Zwierzyna*

Kathleen Zwierzyna
Board Secretary

AS/CF

40



*Exhibit 18*



## MEMORANDUM

To:      Office of the Board Secretary
         Board of Probation and Parole

From:    _Oliver J. Lobaugh_
         Judge, Court of Common Pleas

Date:    _12-4-00_

RE:      Inmate Name:     MCNATT EDWARD JOSEPH
         Parole Number:   0312V
         Bill & Term:     CR 980000183
                          CR 980000182

     I have reviewed your letter requesting my recommendation for the parole of the above-named inmate.  Please be advised that I (was ✓) (was not___) the sentencing judge in this case.  Please note the following:

____    I recommend that the defendant be released upon the expiration of the minimum sentence.

____    I recommend that the defendant be released upon the expiration of the minimum sentence, provided that the inmate:  has successfully completed the prescribed program plan; and, has demonstrated satisfactory adjustment while incarcerated, as evidenced by a favorable recommendation of the Pennsylvania Department of Corrections.

✓    I have no recommendation at this time.  I defer to the Board of Probation and Parole in the exercise of its discretion.

____    I recommend that the defendant be refused parole at this time.  (Because additional comments are requested, please see my attached letter.)

____    I recommend that the defendant be refused parole and that he remain incarcerated until the expiration of the maximum sentence.  (Because additional comments are requested, please see my attached letter.)

____    Please see the attached comments.

                                                                        J.
_____
              Judge's Signature

AS/CF

41

19

*Exhibit 19*

**COMMONWEALTH OF PENNSYLVANIA**
**BOARD OF PROBATION AND PAROLE**

OFFICE OF THE BOARD SECRETARY
1101 South Front Street, Suite 5300
Harrisburg, PA 17104-2519
(717) 787-5684
November 29, 2000

CLERK OF COURT
VENANGO COUNTY COURTHOUSE
1168 LIBERTY STREET
FRANKLIN, PA 16323-0000

RE:  Inmate Name:     MCNATT EDWARD JOSEPH
     Parole Number:   0312V
     Bill & Term:     CR 980000183
                      CR 980000182

Dear Sir/Madam:

   The Pennsylvania Board of Probation and Parole, in accordance with the provisions of the Parole Act of 1941, 61 P.S. § 331 et seq., has scheduled the above-named inmate for parole consideration.  Review of the case, including a formal interview with the Board, is scheduled for MARCH, 2001.

   Section 18 of the Act, 61 P.S. § 331.18, provides that "[i]t shall be the duty of the court sentencing any person for a term, as to which power to parole is herein given to Board, to transmit to the said board, within thirty days after the imposition of such sentence, a copy of the notes of testimony which may have been filed of record in the case." Section 19 of the Act, 61 P.S. §331.19, requires that the Board further consider "...the notes of testimony of the sentencing hearing, if any, together with such additional information regarding the nature and circumstances of the offense committed for which sentence was imposed as may be available." Section 19 also states:  "All public officials having possession of such records or information are hereby required and directed to furnish the same to the Board upon its request and without charge therefor."

   If a transcript of the sentencing hearing exists, and the Court has not already transmitted a copy, please do so by JANUARY 29, 2001.  The Board shall presume that no such record is available if it has not received a copy by that date.

   Thank you for your cooperation in this matter.

Very truly yours,

*Kathleen Zwierzyna*

Kathleen Zwierzyna
Board Secretary

AS/CF

42

20

*Exhibit 20*

# Official Court Reporters
## Venango County Courthouse

*1168 Liberty Street*
*Franklin PA 16323*
Melissa R. Keating, Lead Reporter
Dee Ann Priester
Sondra A. Black

Board of Probation and Parole
Office of the Board Secretary
1101 South Front Street, Suite 5300
Harrisburg PA 17104-2519

*January 19, 2001*

RE:       COMM VS EDWARD J. MCNATT              COMM VS CHRISTOPHER MCKLVEEN
          C.R. No.182 & 183 - 1998                         C.R. No. 684 - 1998
          Parole No. 0312-V                                      Parole No. 2259-U

Dear Ms. Zwierzyna:

        Please be advised that a transcript of the sentence hearing of the above-mentioned Defendants
has not been prepared as of this date. A transcript has been ordered and will be prepared at the earliest
possible date. While our office recognizes the importance of the Board reviewing the sentence hearing in
considering parole for a Defendant, we have been instructed that Superior Court appeal transcripts are
our first priority. We have been further instructed that we should comply with your request for transcript
if possible.

        I will continue to send this letter or a copy of an existing transcript in response to your written
form letter.

Very truly yours,

*Melissa R. Keating*
Official Court Reporter

cc:       file
          Carol Hutchison, District Court Administrator
          H. William White, President Judge
          Oliver J. Lobaugh, Judge
          Clerk of Courts

FILED
COMMON PLEAS COURT
VENANGO COUNTY, PA
2001 JAN 19 A 9: 44
PEGGY L. MILLER
PROTHONOTARY AND
CLERK OF COURTS

**43**

21

I, _EDWARD JOSEPH MCNATT_   hereby certifies that on this day I am serving a true and correct copy of the foregoing Motion to Strike Judgement of Order for Support upon the Person(s) and in the manner indicated below, which service satisfies the Pennsylvnaia Rules of Civil Procedure.

SERVICE BY FIRST CLASS MAIL ADDRESSED AS FOLLOWS:

VENANGO COUNTY COURTHOUSE
CLERK OF COURTS
C/O JUDGE, OLIVER LOBAUGH
LIBERTY ST.
FRANKLIN, PA 16323

FILED
COMMON PLEAS COURT
VENANGO COUNTY, PA
2004 APR 14 P 12: 29
PEGGY L. MILLER
PROTHONOTARY AND
CLERK OF COURTS

Date: _April 12, 2004_          _Edward Joseph McNatt_

44

COMMONWEALTH OF PENNSYLVANIA

       vs.

EDWARD JOSEPH McNATT

Case Nos: CR 183/1998
           CR 182/1998

Misc. No:

### ORDER

AND NOW it is hereby ORDERED and DECREED that the defendants instant petition for relief be granted, to wit:

1. No further monies shall be taken from the defendants, inmate prison account (DL6772) EDWARD JOSEPH McNATT to such time as this court has held a hearing and made a determination as to the Petitioners ability to pay said costs, fines, and restitution; after the submission of the financial status of the petitioner.

2. That all monies taken purportedly under the premise of a non-existent ORDER by this court, be immediately calculated and refunded in total to the Petitioner, EDWARD JOSEPH McNATT (DL6772), and notice of compliance with this ORDER be given to this Court by the PENNSYLVANIA DEPT. OF CORRECTIONS, SCI HOUTZDALE, RECORDS/INMATE ACCOUNTING DEPARTMENT by First Class Mail (United States).

3. It is further ORDERED that the clerk of court shall provide the defendant/petitioner along with all parties hereto, with a certified copy of this ORDER by First Class United States Mail, upon its execution.

4.

/s/ _____ J.
              BY THE COURT

Date: _____, 2004 A.D.

45

COURT OF COMMON PLEAS
COUNTY OF VENANGO

COMMONWEALTH OF PENNSYLVANIA                    Case Nos: CR 183/1998
                                                          CR 182/1998
            vs.

EDWARD JOSEPH MCNATT                            Misc. No: _____

### PETITION FOR RELIEF/REMEDY

TO THE HONORABLE, JUDGE    ~~Sarah~~ O. LOBAUGH          :

AND NOW COMES, DEFENDANT,   EDWARD JOSEPH MCNATT          AND RESPECTFULLY MOVES
THE HONORABLE COURT FOR THE MOTION OF APPLICATION FOR RELIEF, IN SUPPORT, THE
DEFENDANT AVERS THE FOLLOWING:

1. On October 20 , 1998 A.D., defendant appeared in your courtroom to be
   sentenced on case numbers, CR 183/1998; CR 182/1998
   _____, which defendant plead guilty to.

2. A sentence of incarceration at a State Correctional Facility was imposed
   along with substantial fines totaling $1,012.30+ .

3. No determination was made at the time of sentencing as to defendants ability
   to pay said costs, fines, and/or restitution while incarcerated.  See:

   > Under the principles of (Boofer v. Lotz 797 A2d.
   > 1074 it was decided that the "trial court was
   > required to make a determination of the ability
   > to pay court costs, prior to ordering a twenty
   > (20) percent deduction from the inmates account
   > to satisfy those costs".  It also states that "
   > Moreover the DEPARTMENT OF CORRECTIONS does not
   > have any independent authority to determine the
   > amount of the installment payment").

4. Defendant has requested proof from Inmate Accounts at SCI HOUTZDALE that a
   court order exists requiring them to remove money from defendants account.
   Defendant believes that no such court order exists as no proof has been
   produced.

5. Currently, defendant receives only a nominal amount of money from the DEPT.
   OF CORRECTIONS.  This amount does not cover the basic hygiene products that
   the defendant must purchase each month from the commissary at SCI HOUTZDALE
   and provides even less after the twenty (20) percent deduction is made by
   Inmate Accounts at SCI HOUTZDALE.

6. Defendant sometimes receives small monetary gifts from non-incarcerated
   friends and/or family outside of the Correctional system.  However, this still
   does not amount to much money.

7. Defendant is left unable to purchase the products necessary to provide and
   sustain healthy, clean living.

8. Defendant has every intention to pay the fines, costs, and restitution after
   release from incarceration at which time defendant will be in a better financial
   position.

FILED
2004 APR 14 P
PEGGY L. MILL
PROTHONOTARY
CLERK OF COURT
COMMON PLEAS COURT
VENANGO COUNTY

46

WHEREFORE, for any of the foregoing reasons, it is requested that this court order
that the PENNSYLVANIA DEPARTMENT OF CORRECTIONS and Inmate Accounts at SCI HOUTZDALE
to stop deducting money from defendants account.


Date: _April 12_____, 2004 A.D.

Respectfully Submitted

*Edward Joseph McNatt*


AND NOW __April 15, 2004__
the within Motion having been presented
to the Court, is hereby _REFUSED_.

BY THE COURT

Oliver J. Lobaugh
Sixth Judge


CC: △ mailed
4-15-04

**47**

NAME Edward McNatt
NUMBER DL 6722
P.O. BOX 1000
HOUTZDALE PA 16698-1000

Inmate Mail
PA Department of Corrections

PA Dept of Corrections
Inmate Mail



UNITED STATES POSTAGE
$ 00.37°
02 1A
000432067    APR 12 2004
MAILED FROM ZIPCODE 16651

VENANGO COUNTY COURTHOUSE
CLERK OF COURTS
C/O HONORABLE JUDGE OLIVER LOBAUGH
LIBERTY ST.
FRANKLIN, PA 16323

16323716652    |᠁᠁᠁᠁᠁᠁᠁᠁᠁

48