44



# COMMONWEALTH OF PENNSYLVANIA
# BOARD OF PROBATION AND PAROLE

1101 S. Front Street
Harrisburg, Pa. 17104 - 2519

### NOTICE OF BOARD DECISION

NAME: EDWARD JOSEPH MCNATT
INSTITUTION:  SCI - HOUTZDALE

PAROLE NO:   0312V
INSTITUTION NO:   DL6772

AS RECORDED ON MARCH 29, 2005 THE BOARD OF PROBATION AND PAROLE RENDERED THE FOLLOWING DECISION IN YOUR CASE:

FOLLOWING AN INTERVIEW WITH YOU AND A REVIEW OF YOUR FILE, AND HAVING CONSIDERED ALL MATTERS REQUIRED PURSUANT TO THE PAROLE ACT OF 1941, AS AMENDED, 61 P.S. § 331.1 ET SEQ., THE BOARD OF PROBATION AND PAROLE, IN THE EXERCISE OF ITS DISCRETION, HAS DETERMINED AT THIS TIME THAT: YOUR BEST INTERESTS DO NOT JUSTIFY OR REQUIRE YOU BEING PAROLED/REPAROLED; AND, THE INTERESTS OF THE COMMONWEALTH WILL BE INJURED IF YOU WERE PAROLED/REPAROLED. THEREFORE, YOU ARE REFUSED PAROLE/REPAROLE AT THIS TIME. THE REASONS FOR THE BOARD'S DECISION INCLUDE THE FOLLOWING:

YOUR LACK OF REMORSE FOR THE OFFENSE(S) COMMITTED.

THE RECOMMENDATION MADE BY THE DEPARTMENT OF CORRECTIONS.

REPORTS, EVALUATIONS AND ASSESSMENTS CONCERNING YOUR PHYSICAL, MENTAL AND BEHAVIOR CONDITION AND HISTORY.

YOUR UNACCEPTABLE COMPLIANCE WITH PRESCRIBED INSTITUTIONAL PROGRAMS.

YOU WILL BE REVIEWED IN OR AFTER MARCH, 2006, OR EARLIER, IF RECOMMENDED BY THE DEPARTMENT OF CORRECTIONS/COUNTY PRISON STAFF.
AT YOUR NEXT INTERVIEW, THE BOARD WILL REVIEW YOUR FILE AND CONSIDER:

WHETHER YOU HAVE PARTICIPATED IN/SUCCESSFULLY COMPLETED A TREATMENT PROGRAM

(CONTINUE ON PAGE 2)

FILE COPY

Notice of Board Decision
PBPP 15(08/02) 1 of 2

ACTION RELEASED

130

PAROLE NO:  0312V

(CONTINUED FROM PAGE 1)
FOR:
SUBSTANCE ABUSE AS PRESCRIBED BY DEPARTMENT OF CORRECTIONS.

WHETHER YOU HAVE RECEIVED A FAVORABLE RECOMMENDATION FOR PAROLE FROM THE
DEPARTMENT OF CORRECTIONS.

WHETHER YOU HAVE MAINTAINED A CLEAR CONDUCT RECORD AND COMPLETED THE
DEPARTMENT OF CORRECTIONS' PRESCRIPTIVE PROGRAM(S).

YOUR EFFORTS TO SECURE AN APPROVED HOME PLAN WILL BE SUBMITTED TO THE BOARD AT
THE TIME OF REVIEW.

KLD  03/29/2005

FILE COPY

*Lawrence F. Murray*

Lawrence F. Murray
Board Secretary
Notice of Board Decision
PBPP 15(08/02) 2 of 2

/31



# COMMONWEALTH OF PENNSYLVANIA
# BOARD OF PROBATION AND PAROLE
1101 S. Front Street
Harrisburg, Pa. 17104 - 2519

NOTICE OF BOARD DECISION

NAME: EDWARD JOSEPH MCNATT
INSTITUTION:   SCI - HOUTZDALE

PAROLE NO:   0312V
INSTITUTION NO:   DL6772

AS RECORDED ON OCTOBER 19, 2004 THE BOARD OF PROBATION AND PAROLE RENDERED THE FOLLOWING DECISION IN YOUR CASE:

FOLLOWING AN INTERVIEW WITH YOU AND A REVIEW OF YOUR FILE, AND HAVING CONSIDERED ALL MATTERS REQUIRED PURSUANT TO THE PAROLE ACT OF 1941, AS AMENDED, 61 P.S. § 331.1 ET SEQ., THE BOARD OF PROBATION AND PAROLE, IN THE EXERCISE OF ITS DISCRETION, HAS DETERMINED AT THIS TIME THAT: YOUR BEST INTERESTS DO NOT JUSTIFY OR REQUIRE YOU BEING PAROLED/REPAROLED; AND, THE INTERESTS OF THE COMMONWEALTH WILL BE INJURED IF YOU WERE PAROLED/REPAROLED. THEREFORE, YOU ARE REFUSED PAROLE/REPAROLE AT THIS TIME.THE REASONS FOR THE BOARD'S DECISION INCLUDE THE FOLLOWING:

THE RECOMMENDATION MADE BY THE DEPARTMENT OF CORRECTIONS.

YOUR UNACCEPTABLE COMPLIANCE WITH PRESCRIBED INSTITUTIONAL PROGRAMS.

YOU WILL BE REVIEWED IN OR AFTER MARCH, 2005, OR EARLIER, IF RECOMMENDED BY THE DEPARTMENT OF CORRECTIONS STAFF.

AT YOUR NEXT INTERVIEW, THE BOARD WILL REVIEW YOUR FILE AND CONSIDER:

WHETHER YOU HAVE PARTICIPATED IN/SUCCESSFULLY COMPLETED A TREATMENT PROGRAM FOR:  SUBSTANCE ABUSE, INCLUDING THERAPEUTIC COMMUNITY IF RECOMMENDED BY THE DEPARTMENT OF CORRECTIONS.

WHETHER YOU HAVE RECEIVED A FAVORABLE RECOMMENDATION FOR PAROLE FROM THE

(CONTINUE ON PAGE 2)

FILE COPY

Notice of Board Decision
PBPP 15(08/02) Page 1

ACTION RELEASED
10/27/04

132

PAROLE NO: 0312V

(CONTINUED FROM PAGE 1)
DEPARTMENT OF CORRECTIONS.

WHETHER YOU HAVE MAINTAINED A CLEAR CONDUCT RECORD AND COMPLETED THE
DEPARTMENT OF CORRECTIONS' PRESCRIPTIVE PROGRAM(S).

YOUR EFFORT TO SECURE AN APPROVED HOME PLAN WILL BE SUBMITTED TO THE BOARD AT
THE TIME OF REVIEW.

KBR  10/19/2004

FILE COPY

*Lawrence F. Murray*

Lawrence F. Murray
Board Secretary

Notice of Board Decision
PBPP 15(08/02) 2 of 2

/33



# COMMONWEALTH OF PENNSYLVANIA
# BOARD OF PROBATION AND PAROLE
### 1101 S. Front Street
### Harrisburg, Pa. 17104 - 2519

### NOTICE OF BOARD DECISION

NAME: EDWARD JOSEPH MCNATT
INSTITUTION:   SCI - HOUTZDALE

PAROLE NO:   0312V
INSTITUTION NO:   DL6772

  AS RECORDED ON OCTOBER 23, 2003 THE BOARD OF PROBATION AND PAROLE RENDERED
  THE FOLLOWING DECISION IN YOUR CASE:

FOLLOWING AN INTERVIEW WITH YOU AND A REVIEW OF YOUR FILE, AND HAVING
CONSIDERED ALL MATTERS REQUIRED PURSUANT TO THE PAROLE ACT OF 1941, AS
AMENDED, 61 P.S. § 331.1 ET SEQ., THE BOARD OF PROBATION AND PAROLE, IN THE
EXERCISE OF ITS DISCRETION, HAS DETERMINED AT THIS TIME THAT: YOUR BEST
INTERESTS DO NOT JUSTIFY OR REQUIRE YOU BEING PAROLED/REPAROLED; AND, THE
INTERESTS OF THE COMMONWEALTH WILL BE INJURED IF YOU WERE PAROLED/REPAROLED.
THEREFORE, YOU ARE REFUSED PAROLE/REPAROLE AT THIS TIME. THE REASONS FOR THE
BOARD'S DECISION INCLUDE THE FOLLOWING:

YOUR NEED TO PARTICIPATE IN AND COMPLETE ADDITIONAL INSTITUTIONAL PROGRAMS.

YOU WILL BE REVIEWED IN OR AFTER SEPTEMBER, 2004, OR EARLIER, IF RECOMMENDED
BY THE DEPARTMENT OF CORRECTIONS.
AT YOUR NEXT INTERVIEW, THE BOARD WILL REVIEW YOUR FILE AND CONSIDER:

WHETHER YOU HAVE SUCCESSFULLY COMPLETED A TREATMENT PROGRAM FOR:
THERAPEUTIC COMMUNITY.

WHETHER YOU HAVE MAINTAINED A FAVORABLE RECOMMENDATION FOR PAROLE FROM THE
DEPARTMENT OF CORRECTIONS.

WHETHER YOU HAVE MAINTAINED A CLEAR CONDUCT RECORD AND COMPLETED THE
DEPARTMENT OF CORRECTIONS' PRESCRIPTIVE PROGRAM(S).

  (CONTINUE ON PAGE 2)

FILE COPY

Notice of Board Decision
PBPP 15(08/02) 1 of 2

ACTION RELEASED

10-29-03
TMW

134

PAROLE NO: 0312V

(CONTINUED FROM PAGE 1)

KLD 10/23/2003

FILE COPY

*CC Myer*

Charles Myers
Acting Board Secretary

Notice of Board Decision
PBPP 15(08/02) 2 of 2

*/35*

*Exhibit 44d*

NOTICE OF BOARD DECISION
PBPP-15(6/96)

COMMONWEALTH OF PENNSYLVANIA
PENNA. BOARD OF PROBATION AND PAROLE

DATE: 06/28/2002

CLIENT NAME: EDWARD JOSEPH MCNATT          PAROLE NO: 0312V
INSTITUTION: SCI - HOUTZDALE               INSTITUTION NO: DL6772

AS RECORDED ON 06/28/2002 THE BOARD OF PROBATION AND PAROLE RENDERED THE
FOLLOWING DECISION IN YOUR CASE:

FOLLOWING AN INTERVIEW AND REVIEW OF YOUR FILE, THE PENNSYLVANIA BOARD OF
PROBATION AND PAROLE HAS DETERMINED THAT THE FAIR ADMINISTRATION OF JUSTICE
CANNOT BE ACHIEVED THROUGH YOUR RELEASE ON PAROLE.  YOU ARE THEREFORE REFUSED
PAROLE AND ORDERED TO:

BE REVIEWED IN OR AFTER SEPTEMBER, 2003, OR EARLIER, IF RECOMMENDED BY THE
DEPARTMENT OF CORRECTIONS.

AT YOUR NEXT INTERVIEW, THE BOARD WILL REVIEW YOUR FILE AND CONSIDER:

WHETHER YOU HAVE SUCCESSFULLY COMPLETED A TREATMENT PROGRAM FOR
SUBSTANCE ABUSE.
WHETHER YOU HAVE RECEIVED A FAVORABLE RECOMMENDATION FOR PAROLE FROM THE
DEPARTMENT OF CORRECTIONS.
WHETHER YOU HAVE RECEIVED A CLEAR CONDUCT RECORD AND COMPLETED THE DEPARTMENT
OF CORRECTIONS' PRESCRIPTIVE PROGRAM(S)

KLD 06/28/2002

FILE COPY

*Kathleen Zwierzyna*

KATHLEEN ZWIERZYNA
BOARD SECRETARY

*7/10/02*

136

NOTICE OF BOARD DECISION
PBPP-15(6/96)

# COMMONWEALTH OF PENNSYLVANIA
## PENNA. BOARD OF PROBATION AND PAROLE

### DATE: 05/17/2001

CLIENT NAME:  EDWARD JOSEPH MCNATT                    PAROLE NO:  0312V
INSTITUTION:  SCI - HOUTZDALE                         INSTITUTION NO:  DL6772

AS RECORDED ON 05/17/2001 THE BOARD OF PROBATION AND PAROLE RENDERED THE
FOLLOWING DECISION IN YOUR CASE:

FOLLOWING AN INTERVIEW AND REVIEW OF YOUR FILE, THE PENNSYLVANIA BOARD OF
PROBATION AND PAROLE HAS DETERMINED THAT THE FAIR ADMINISTRATION OF JUSTICE
CANNOT BE ACHIEVED THROUGH YOUR RELEASE ON PAROLE.   YOU ARE THEREFORE REFUSED
PAROLE AND ORDERED TO:

BE REVIEWED IN OR AFTER JUNE, 2002.

AT YOUR NEXT INTERVIEW, THE BOARD WILL REVIEW YOUR FILE AND CONSIDER:

WHETHER YOU HAVE SUCCESSFULLY PARTICIPATED IN A TREATMENT PROGRAM FOR:
SUBSTANCE ABUSE AND MENTAL HEALTH PROBLEMS.
WHETHER YOU HAVE RECEIVED A FAVORABLE RECOMMENDATION FOR PAROLE FROM THE
DEPARTMENT OF CORRECTIONS.
WHETHER YOU HAVE MAINTAINED A CLEAR CONDUCT RECORD AND COMPLETED THE
DEPARTMENT OF CORRECTIONS' PRESCRIPTIVE PROGRAM(S).
UPDATED MENTAL HEALTH EVALUATION, INCLUDING CURRENT MEDICATIONS, TO BE
AVAILABLE AT TIME OF REVIEW.

KLD 05/17/2001

FILE COPY

*Kathleen Zwierzyna*

KATHLEEN ZWIERZYNA
BOARD SECRETARY

WMK 5/23/01
SL
137

45



# COURT OF COMMON PLEAS OF VENANGO COUNTY

## DOCKET



**Docket Number: CP-61-CR-0000182-1998**

## CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Edward J Mcnatt

Page 1 of 9

## CASE INFORMATION

Judge Assigned:
OTN: F0538344
Initial Issuing Authority:  William G Martin
Case Local Number Type(s)
    Criminal ID#
    Legacy Docket Number

Date Filed: 02/12/1998      Initiation Date: 02/12/1998
Lower Court Docket No:  CR-0000420-97
Final Issuing Authority:  William G Martin
Case Local Number(s)
    CR-0000420-97
    1998-182

## STATUS INFORMATION

Case Status: Active

Processing Status:   Awaiting Omnibus Pre-Trial Motion
Hearing

## DEFENDANT INFORMATION

Year Of Birth:          1969

City/State/Zip:  Houtzdale, PA  16698-1000

Alias Name
Mcnatt, Edward J.
Mcnatt, Edward J.
Mcnatt, Edward Joseph

## CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Mcnatt, Edward J. |

## BAIL INFORMATION

**Mcnatt, Edward J.**

| Bail Action | Date | Bail Type | Percentage | Amount | Bail Posting Status | Posting Date |
|---|---|---|---|---|---|---|
| Set | 01/01/1980 | Migrated Bail Type | | $5,000 | | |

Venango County, S.S.
Certified from the Record
to be a full and true copy

AUG 0 2 2005

*Peggy L. Miller*

PEGGY L. MILLER
PROTHONOTARY & CLERK OF COURTS

# COURT OF COMMON PLEAS OF VENANGO COUNTY

## DOCKET



**Docket Number: CP-61-CR-0000182-1998**

## CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Edward J Mcnatt

Page 2 of 9

## CHARGES

| Sequence Grade | Section/ Description Statute Description | Plea Offense Date | Disposition | OTN |
|---|---|---|---|---|
| 1 | **18 § 4101 §§A2** Forgery-Unauthorized Act In Writing | 07/14/1997 | | F0538344 |
| 2 | **18 § 3922 §§A1** Theft By Decep-False Impression | 07/14/1997 | | F0538344 |
| 3 | **18 § 4101 §§A2** Forgery-Unauthorized Act In Writing | 07/14/1997 | | F0538344 |
| 4 | **18 § 3922 §§A1** Theft By Decep-False Impression | 07/14/1997 | | F0538344 |

| COMMONWEALTH INFORMATION | ATTORNEY INFORMATION |
|---|---|
| **Name:**  Robert S Bell, Asst Da, Esq.   District Attorney | **Name:**  William John Cisek, Esq.   Court Appointed - Private |
| **Supreme Court No:** | **Supreme Court No:**  088482 |
| **Address:** | **Counsel Status:**  Active |
| | **Address:**   Wilson & Thompson, L.L.C.   135 Windemere Lane   Cranberry PA  16319 |



# COURT OF COMMON PLEAS OF VENANGO COUNTY

## DOCKET



**Docket Number: CP-61-CR-0000182-1998**
### CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Edward J Mcnatt

Page 3 of 9

## ENTRIES

| Document Number | CP Filed Date | Title/Entry/Comments | | |
|---|---|---|---|---|
| Issue Date | Filed By | | Service Type | Service To |
| 1 | 01/28/1998 | PETITION AND ORDER, FILED. TPR TAN | | |
| | | PETITION AND ORDER, FILED. TPR TANNER OR AGENT OF PSP ARE TO PROCEED TO SCI-CAMP HILL, PA AND TAKE INTO THEIR CUSTODY DEFT FOR APPEARANCE AT PRELIMINARY HEARING & ARRAIGNMENT THEN RETURN DEFT TO CAMP HILL, PA | | |
| | Migrated, Filer | | | |
| 1 | 02/05/1998 | PRELIMINARY ARRAIGNMENT DEFENDANT C | | |
| | | PRELIMINARY ARRAIGNMENT DEFENDANT COMMITTED TO VENANGO COUNTY JAIL/DEFAULT OF BAIL $5,000.00 | | |
| | Migrated, Filer | | | |
| 1 | 02/11/1998 | WAIVER OF PRELIMINARY HEARING DEFEN | | |
| | | WAIVER OF PRELIMINARY HEARING DEFENDANT RE-COMMITTED TO VENANGO COUNTY JAIL/DEFAULT OF BAIL | | |
| | Migrated, Filer | | | |
| 2 | 02/11/1998 | PRAECIPE TO ENTER APPEARANCE & WAIV | | |
| | | PRAECIPE TO ENTER APPEARANCE & WAIVER OF ARRAIGNMENT, FILED. ARRAIGNMENT DATE: MARCH 3, 1998 | | |
| | Migrated, Filer | | | |
| 1 | 02/12/1998 | Original Papers Received from Lower Court | | |
| | Unknown Filer | | | |
| 1 | 03/04/1998 | MOTION FOR DISCOVERY & ORDER OF COU | | |
| | | MOTION FOR DISCOVERY & ORDER OF COURT PRETRIAL DISCOVERY & INSPECTION SHALL BE DELIVERED BY THE D. A. NO LATER THAN (14) DAYS AFTER ARRAIGNMENT CT. DATE: 3-17-98 | | |
| | Migrated, Filer | | | |
| 1 | 04/27/1998 | MOTION TO CONTINUE & ORDER OF COURT | | |
| | | MOTION TO CONTINUE & ORDER OF COURT, FILED. TRIAL IN THIS MATTER IS CONTINUED TO: JUNE 8, 1998 TRIAL TERM. | | |
| | Migrated, Filer | | | |

# COURT OF COMMON PLEAS OF VENANGO COUNTY
## DOCKET



**Docket Number: CP-61-CR-0000182-1998**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Edward J Mcnatt

Page 4 of 9

## ENTRIES

| Document Number | CP Filed Date | Title/Entry/Comments | | |
|---|---|---|---|---|
| Issue Date | Filed By | | Service Type | Service To |
| 1 | 06/02/1998 | MOTION TO CONTINUE & ORDER OF COURT | | |
| | | MOTION TO CONTINUE & ORDER OF COURT, FILED CONTINUED TO 8/10/98 | JURY SELECTION | |
| | Migrated, Filer | | | |
| 1 | 06/08/1998 | INFORMATION FILED. | | |
| | | INFORMATION FILED. | | |
| | Migrated, Filer | | | |
| 1 | 07/21/1998 | MOTION TO COMPEL DISCOVERY AND ORDE | | |
| | | MOTION TO COMPEL DISCOVERY AND ORDER OF COURT FILED. HEARING: JULY 27, 1998 AT 3:00 P.M. CT RM 1 | | |
| | Migrated, Filer | | | |
| 1 | 07/27/1998 | ORDER OF COURT, FILED. DISTRICT ATT | | |
| | | ORDER OF COURT, FILED. DISTRICT ATTORNEY IS DIRECTED TO DELIVER A COPY OF THE POLICE REPORT TO DEFENSE COUNSEL WITHIN 24 HRS. ON REPORT FROM DEFENSE COUNSEL, THE FAILURE OF THE DA TO DELIVER THE REPORT, THE COURT WILL IMOSE A FINE OF $25.00 PER DAY AGAINST MARIE T VEON, DA FOR FAILURE TO PROVIDE DISCOVERY. DEFENSE COUNSEL WILL FURNISH TO THE COMMONWEALTH'S ATTORNEY, A LIST OF THE WITNESSES SHE INTENDS TO CAL BY NAME,ADDRESS ON THE DAY OF THE CALL OF THE LIST. THIS CASE IS SCHEDULED FOR TRIAL WITH CR 183. IN SEPTEMBERS TRIAL TERM. JURY SELECTION: 9-8-98. TRIAL DATE TO BE DETERMINED AT CALL OF LIST | | |
| | Migrated, Filer | | | |
| 1 | 08/31/1998 | MOTION TO CONTINUE RE-ARRAIGNMENT | | |
| | | MOTION TO CONTINUE RE-ARRAIGNMENT CONTINUED UNTIL 9/15/98 AT 1:30 PM | | |
| | Migrated, Filer | | | |
| 1 | 09/09/1998 | MOTION, FILED. VENANGO CO SHERIFF | | |
| | | MOTION, FILED. VENANGO CO SHERIFF TO TRANSPORT DEFT TO & FROM SCI-HOUTZDALE FOR RE-ARRAIGNMENT ON 9/15/98 | | |
| | Migrated, Filer | | | |

AOPC 9082 - Rev 08/02/2005    Printed: 08/02/2005

# COURT OF COMMON PLEAS OF VENANGO COUNTY

## DOCKET



**Docket Number: CP-61-CR-0000182-1998**

# CRIMINAL DOCKET

### Court Case

Commonwealth of Pennsylvania
v.
Edward J Mcnatt

Page 5 of 9

## ENTRIES

| Document Number | CP Filed Date | Title/Entry/Comments | | |
|---|---|---|---|---|
| Issue Date | Filed By | | Service Type | Service To |
| 1 | 09/15/1998 | GUILTY PLEA ENTERED  CT #1 FORGERY | | |
| | | GUILTY PLEA ENTERED  CT #1 FORGERY (F3) (CC 4101-A2) | | |
| | Migrated, Filer | | | |
| 1 | 09/17/1998 | MOTION TO TRANSPORT DEFENDANT FOR S | | |
| | | MOTION TO TRANSPORT DEFENDANT FOR SENTENCE COURT ON 10-20-98, PRESENTED TO THE COURT AND GRANTED. SHERIFF OF VENANGO COUNTY OR ONE OF HIS DEUPTIES, TRANSPORT THE ABOVE-CAPTIONED DEFENDANT FROM SCI-HOUTZDALE, PA TO VEN.CO.PRISON BY OCTOBER 19, 1998 AS DEFENDANT IS SCHEDULED TO BE SENTENCED ON TWO CASES ON OCTOBER 20, 1998 SENTENCE COURT. EXIT (2) CERT. SHERIFF. | | |
| | Migrated, Filer | | | |
| 1 | 10/20/1998 | SENTENCE, FILED CT#1- FORGERY (F3) | | |
| | | SENTENCE, FILED CT#1- FORGERY (F3) (CC4101-A2) PAY COSTS - FINE: $300.00   RESTITUTION: $159.17 WM & FRANCES REESE   WESTERN DIAGNOSTIC: 16 MONTHS - 84 MONTHS  COMP: AT EXP OF SENTENCE IMPOSED AT CR 183-1998.   SENTENCE IMPOSED SHALL RUN CONSECUTIVELY TO THE SENTENCE IMPOSED AT CR 183-1998. TOTAL CONFINEMENT HEREBY IMPOSED IS: 32 MONTHS - 144 MONTHS. | | |
| | Migrated, Filer | | | |
| 2 | 10/20/1998 | MOTION TO ENTER A NOLLE PROSEQUI TO | | |
| | | MOTION TO ENTER A NOLLE PROSEQUI TO COUNTS 2 & 3 AND GRANTED | | |
| | Migrated, Filer | | | |
| 3 | 10/20/1998 | EXIT COMMITMENT /WESTERN MAILED TO | | |
| | | EXIT COMMITMENT /WESTERN MAILED TO HOUTZDALE ON 10-29-98 SEE ENTRY | | |
| | Migrated, Filer | | | |
| 4 | 10/20/1998 | DOCKET TRANSCRIPT - AOPC | | |
| | | DOCKET TRANSCRIPT - AOPC | | |
| | Migrated, Filer | | | |

*142*

# COURT OF COMMON PLEAS OF VENANGO COUNTY

## DOCKET



**Docket Number: CP-61-CR-0000182-1998**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Edward J Mcnatt

Page 6 of 9

## ENTRIES

| Document Number | CP Filed Date | Title/Entry/Comments | | |
|---|---|---|---|---|
| Issue Date | Filed By | | Service Type | Service To |
| 1 | 10/29/1998 | JUDGMENT FILING FEE ADDED/COSTS OF | | |
| | | JUDGMENT FILING FEE ADDED/COSTS OF $19.50 TO PROTHONOTARY-VEN CO  TOTAL RESTITUTION, COSTS & FINES $684.17    CIV 1885-1998 | | |
| | Migrated, Filer | | | |
| 2 | 10/29/1998 | MAILED COPIES OF ALL RECORDS CR 182 | | |
| | | MAILED COPIES OF ALL RECORDS CR 182 & 183-1998 TO:  SCI HOUTZDALE PO BOX 1000  HOUTZDALE, PA 16698  ATT:RECORDS SENT CERTIFIED MAIL: P 574 814 226 | | |
| | Migrated, Filer | | | |
| 1 | 02/17/1999 | MOTION TO PROCEED NUNC PRO TUNC POS | | |
| | | MOTION TO PROCEED NUNC PRO TUNC POST SENTENCE MOTIONS, FILED | | |
| | Migrated, Filer | | | |
| 1 | 03/12/1999 | ORDER OF COURT, FILED.  MOTION TO P | | |
| | | ORDER OF COURT, FILED.  MOTION TO PROCEED NUNC PRO TUNC IN FILING POST-SENTENCE MOTIONS  IS DENIED | | |
| | Migrated, Filer | | | |
| 1 | 08/07/2001 | SATISFACTION ON JUDGMENT SIGNED BY | | |
| | | SATISFACTION ON JUDGMENT SIGNED BY H.WILLIAM WHITE, P.J. | | |
| | Migrated, Filer | | | |
| 1 | 04/14/2004 | Motion for Refund of Fines and Costs | | |
| | Court of Common Pleas - Venango County | | | |
| 1 | 07/12/2004 | Motion for Transcripts | | |
| | Court of Common Pleas - Venango County | | | |
| 1 | 07/14/2004 | Motion for Post-Conviction Collateral Relief | | |
| | Court of Common Pleas - Venango County | | | |

143



# COURT OF COMMON PLEAS OF VENANGO COUNTY

## DOCKET



**Docket Number: CP-61-CR-0000182-1998**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Edward J Mcnatt

Page 7 of 9

## ENTRIES

| Document Number | CP Filed Date | Title/Entry/Comments | | |
|---|---|---|---|---|
| Issue Date | Filed By | | Service Type | Service To |
| 1 | 07/28/2004 | Order Granting Post-Sentence Motion | | |
| | Lobaugh, Oliver J. | | | |
| 1 | 10/12/2004 | Petition for Writ of Habeas Corpus Filed | | |
| | Mcnatt, Edward J. | | | |
| 1 | 01/21/2005 | Supreme Court  77 WM 2004 | | |
| | Supreme Court of Pennsylvania - Western District | | | |
| 2 | 01/21/2005 | Order Denying Petition for Writ of Habeas Corpus | | |
| | | Per Curiam, | | |
| | | AND NOW, this 21st day of January, 2005, the Application for Leave to File Original Process is granted. The Petition for Writ of Habeas Corpus, Application for Immediate Hearing, and Motion to Dismiss Commonwealth's Filing as Untimely and Request for Relief are denied.   Patricia Nicola, Supreme Court Chief Clerk | | |
| | Supreme Court of Pennsylvania - Western District | | | |
| 1 | 03/01/2005 | Application for Immediate Hearing on Pending Writ of Habeas Corpus | | |
| | Mcnatt, Edward J. | | | |
| 1 | 05/03/2005 | Opinion | | |
| | | FOR THE FOREGOING REASONS, THE DEFT MOTIONS, IN THE NATURE OF A PETITION FOR WRIT OF HABEAS CORPUS, APPLICATION FOR IMMEDIATE HEARING PENDING WRIT OF HABEAS CORPUS AND A PETITION FOR APPEAL ARE HEREBY DISMISSED. | | |
| | | CC: DA,DEFT,WJC | | |
| | Lobaugh, Oliver J. | | | |

# COURT OF COMMON PLEAS OF VENANGO COUNTY

## DOCKET



**Docket Number: CP-61-CR-0000182-1998**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Edward J Mcnatt

Page 8 of 9

## ENTRIES

| Document Number | CP Filed Date | Title/Entry/Comments | | |
|---|---|---|---|---|
| Issue Date | Filed By | | Service Type | Service To |
| 2 | 05/03/2005 | Order Scheduling Hearing on Motion for Removal of Counsel | | |
| | | HEARING SCHEDULED FOR MAY 13 2005 1:30PM | | |
| | | THE DISTRICT COURT ADMINISTRATOR SHALL MAKE ARRANGEMENTS TO HAVE THE DEFT PARTICIPATE IN SAID HEARING BY VIDEO CONFERENCING | | |
| | | MAY 3 2005 | | |
| | | SCI HOUTZDALE | | |
| | | VIDEO CONF. NO. | | |
| | | 814 497-1058 | | |
| | | CONTACT DORETTA CHENCHARICK | | |
| | Lobaugh, Oliver J. | | | |
| 1 | 05/05/2005 | Order Scheduling Hearing | | |
| | | MAY 19 2005 11:30AM | | |
| | | CC: DA,WJC,CT CRIER | | |
| | Lobaugh, Oliver J. | | | |
| 1 | 05/19/2005 | Order Withdrawing Motion to Remove Counsel | | |
| | Lobaugh, Oliver J. | | | |
| 1 | 06/08/2005 | Transcript of Proceedings Filed: STATE SENTENCE 10-20-98 AT 4:24PM FILED E MELISSA R KEATING | | |
| | Court of Common Pleas - Venango County | | | |

## CASE FINANCIAL INFORMATION

Last Payment Date:                                Total of Last Payment:  $0.00

| **Mcnatt, Edward J.** Defendant | Assessment | Payments | Adjustments | Non Monetary Payments | Total |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| Plea (Venango) | $75.00 | $0.00 | ($75.00) | $0.00 | $0.00 |

145

# COURT OF COMMON PLEAS OF VENANGO COUNTY

## DOCKET

**Docket Number: CP-61-CR-0000182-1998**

# CRIMINAL DOCKET

**Court Case**



Commonwealth of Pennsylvania

v.

Edward J Mcnatt

Page 9 of 9

| Mcnatt, Edward J.<br>Defendant | Assessment | Payments | Adjustments | Non Monetary<br>Payments | Total |
|---|---|---|---|---|---|
| Court Costs (Venango) | $3.00 | $0.00 | ($3.00) | $0.00 | $0.00 |
| Nolle Prosse (Venango) | $5.00 | $0.00 | ($5.00) | $0.00 | $0.00 |
| Magistrate Fee (Venango) | $19.60 | $0.00 | ($19.60) | $0.00 | $0.00 |
| State Cost (Venango) | $8.96 | $0.00 | ($8.96) | $0.00 | $0.00 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | $13.44 | $0.00 | ($13.44) | $0.00 | $0.00 |
| JCP | $5.00 | $0.00 | ($5.00) | $0.00 | $0.00 |
| Crime Victims Compensation (Act 96 of 1984) | $15.00 | $0.00 | ($15.00) | $0.00 | $0.00 |
| Crimes Commission Cost (Act 96 of 1984) | $15.00 | $0.00 | ($15.00) | $0.00 | $0.00 |
| Domestic Violence Compensation (Act 44 of 1988) | $10.00 | $0.00 | ($10.00) | $0.00 | $0.00 |
| Firearm Education and Training Fund (158 of 1994) | $5.00 | $0.00 | ($5.00) | $0.00 | $0.00 |
| Public Defender (Venango) | $50.00 | $0.00 | ($50.00) | $0.00 | $0.00 |
| Costs/Fees Totals: | $225.00 | $0.00 | ($225.00) | $0.00 | $0.00 |
| **Fines** | | | | | |
| Crimes Code, etc. | $300.00 | $0.00 | ($300.00) | $0.00 | $0.00 |
| Fines Totals: | $300.00 | $0.00 | ($300.00) | $0.00 | $0.00 |
| **Restitution** | | | | | |
| Restitution | $159.17 | $0.00 | ($159.17) | $0.00 | $0.00 |
| Restitution | $19.50 | $0.00 | ($19.50) | $0.00 | $0.00 |
| Restitution Totals: | $178.67 | $0.00 | ($178.67) | $0.00 | $0.00 |
| Grand Totals: | $703.67 | $0.00 | ($703.67) | $0.00 | $0.00 |

** - Indicates assessment is subrogated

146

46

*Exhibit 46*

# COURT OF COMMON PLEAS OF VENANGO COUNTY

## DOCKET



**Docket Number: CP-61-CR-0000183-1998**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania
v.
Edward J Mcnatt

Page 1 of 9

## CASE INFORMATION

Judge Assigned:                          Date Filed: 02/12/1998     Initiation Date: 02/12/1998
OTN: E9204145                          Lower Court Docket No: CR-0000315-97
Initial Issuing Authority: William G Martin     Final Issuing Authority: William G Martin
Case Local Number Type(s)             Case Local Number(s)
    Criminal ID#                          CR-0000315-97
    Legacy Docket Number                  1998-183

## STATUS INFORMATION

Case Status: Active     Processing Status:     Awaiting Omnibus Pre-Trial Motion
                                               Hearing

## DEFENDANT INFORMATION

Year Of Birth:     1969     City/State/Zip: Houtzdale, PA  16698-1000

Alias Name
Mcnatt, Edward J.
Mcnatt, Edward J.
Mcnatt, Edward Joseph

## CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Mcnatt, Edward J. |

## BAIL INFORMATION

**Mcnatt, Edward J.**

| Bail Action | Date | Bail Type | Percentage | Amount | Bail Posting Status | Posting Date |
|---|---|---|---|---|---|---|
| Set | 01/01/1980 | Migrated Bail Type | | $2,000.00 | | |

Venango County,
Certified from the Record
to be a full and true copy

AUG 0 2 2005

*Peggy L. Miller*

PEGGY L. MILLER

*149*

# COURT OF COMMON PLEAS OF VENANGO COUNTY

## DOCKET



**Docket Number: CP-61-CR-0000183-1998**

## CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Edward J Mcnatt

Page 2 of 9

## CHARGES

| Sequence Grade | Section/ Description Statute Description | Plea Offense Date | Disposition | OTN |
|---|---|---|---|---|
| 1 | **18 § 4105  §§A1** Bad Checks | 08/06/1997 | | E9204145 |
| 2 | **18 § 4105  §§A1** Bad Checks | 08/06/1997 | | E9204145 |
| 3 | **18 § 4105  §§A1** Bad Checks | 08/06/1997 | | E9204145 |
| 4 | **18 § 4105  §§A1** Bad Checks | 08/06/1997 | | E9204145 |
| 5 | **18 § 4105  §§A2** Bad Checks | 08/06/1997 | | E9204145 |
| 6 | **18 § 4105  §§A2** Bad Checks | 08/06/1997 | | E9204145 |
| 7 | **18 § 4105  §§A2** Bad Checks | 08/06/1997 | | E9204145 |
| 8 | **18 § 4105  §§A2** Bad Checks | 08/06/1997 | | E9204145 |
| 9 | **18 § 4105  §§A2** Bad Checks | 08/06/1997 | | E9204145 |
| 10 | **18 § 4105  §§A2** Bad Checks | 08/06/1997 | | E9204145 |
| 11 | **18 § 4105  §§A2** Bad Checks | 08/06/1997 | | E9204145 |
| 12 | **18 § 4105  §§A2** Bad Checks | 08/06/1997 | | E9204145 |
| 13 | **18 § 3922  §§A1** Theft By Decep-False Impression | 08/06/1997 | | E9204145 |
| 14 | **18 § 3922  §§A1** Theft By Decep-False Impression | 08/06/1997 | | E9204145 |

148



# COURT OF COMMON PLEAS OF VENANGO COUNTY

## DOCKET



**Docket Number: CP-61-CR-0000183-1998**
# CRIMINAL DOCKET
### Court Case

Commonwealth of Pennsylvania

v.

Edward J Mcnatt

Page 3 of 9

| | | | |
|---|---|---|---|
| 15 | **18 § 3922  §§A1** | | E9204145 |
| | Theft By Decep-False Impression | 08/06/1997 | |
| 16 | **18 § 3922  §§A1** | | E9204145 |
| | Theft By Decep-False Impression | 08/06/1997 | |
| 17 M1 | **18 § 3922  §§A3** | | E9204145 |
| | Theft By Deception-Fail To Correct | 08/06/1997 | |
| 18 | **18 § 3922  §§A3** | | E9204145 |
| | Theft By Deception-Fail To Correct | 08/06/1997 | |
| 19 | **18 § 3922  §§A3** | | E9204145 |
| | Theft By Deception-Fail To Correct | 08/06/1997 | |
| 20 | **18 § 3922  §§A3** | | E9204145 |
| | Theft By Deception-Fail To Correct | 08/06/1997 | |
| 21 | **18 § 3925  §§A** | | E9204145 |
| | Receiving Stolen Property | 08/06/1997 | |
| 22 | **18 § 3925  §§A** | | E9204145 |
| | Receiving Stolen Property | 08/06/1997 | |
| 23 | **18 § 3925  §§A** | | E9204145 |
| | Receiving Stolen Property | 08/06/1997 | |
| 24 | **18 § 3925  §§A** | | E9204145 |
| | Receiving Stolen Property | 08/06/1997 | |

## COMMONWEALTH INFORMATION     ATTORNEY INFORMATION

Name: Robert S Bell, Asst Da, Esq.
District Attorney
Supreme Court No:
Address:

Name: William John Cisek, Esq.
Court Appointed - Private
Supreme Court No: 088482
Counsel Status: Active
Address:
Wilson & Thompson, L.L.C.
135 Windemere Lane
Cranberry PA  16319

149

# COURT OF COMMON PLEAS OF VENANGO COUNTY

## DOCKET



**Docket Number: CP-61-CR-0000183-1998**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Edward J Mcnatt

Page 4 of 9

## ENTRIES

| Document Number | CP Filed Date | Title/Entry/Comments | | |
|---|---|---|---|---|
| Issue Date | Filed By | | Service Type | Service To |
| 1 | 02/11/1996 | WAIVER OF PRELIMINARY HEARING DEFEN | | |
| | | WAIVER OF PRELIMINARY HEARING DEFENDANT RE-COMMITTED TO VENANGO COUNTY JAIL/DEFAULT OF BAIL | | |
| | Migrated Filer | | | |
| 1 | 02/06/1998 | PRELIMINARY ARRAIGNMENT DEFENDANT C | | |
| | | PRELIMINARY ARRAIGNMENT DEFENDANT COMMITTED TO VENANGO COUNTY JAIL/DEFAULT OF BAIL $2,000.00 | | |
| | Migrated Filer | | | |
| 1 | 02/11/1998 | PRAECIPE TO ENTER APPEARANCE & WAIV | | |
| | | PRAECIPE TO ENTER APPEARANCE & WAIVER OF ARRAIGNMENT, FILED. ARRAIGNMENT DATE: MARCH 3, 1998 | | |
| | Migrated Filer | | | |
| 1 | 02/12/1998 | Original Papers Received from Lower Court | | |
| | Unknown Filer | | | |
| 1 | 03/04/1998 | MOTION FOR DISCOVERY & ORDER OF COU | | |
| | | MOTION FOR DISCOVERY & ORDER OF COURT   PRETRIAL DISCOVERY & INSPECTION SHALL BE DELIVERED BY THE D. A.   NO LATER THAN (14) DAYS AFTER ARRAIGNMENT CT. DATE: 3-17-98 | | |
| | Migrated Filer | | | |
| 1 | 04/27/1998 | MOTION TO CONTINUE & ORDER OF COURT | | |
| | | MOTION TO CONTINUE & ORDER OF COURT, FILED. TRIAL IN THIS MATTER IS CONTINUED TO: JUNE 8, 1998 TRIAL TERM. | | |
| | Migrated Filer | | | |
| 1 | 06/02/1998 | MOTION TO CONTINUE & ORDER OF COURT | | |
| | | MOTION TO CONTINUE & ORDER OF COURT, FILED   JURY SELECTION CONTINUED UNTIL 8/10/98 TERM | | |
| | Migrated Filer | | | |
| 1 | 06/08/1998 | INFORMATION FILED. | | |
| | | INFORMATION FILED. | | |

# COURT OF COMMON PLEAS OF VENANGO COUNTY

## DOCKET



**Docket Number: CP-61-CR-0000183-1998**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Edward J Mcnatt

Page 5 of 9

## ENTRIES

| Document Number | CP Filed Date | Title/Entry/Comments | | |
|---|---|---|---|---|
| Issue Date | Filed By | | Service Type | Service To |
| | Migrated Filer | | | |

---
| 1 | 07/21/1998 | MOTION TO COMPEL DISCOVERY AND ORDE | | |

MOTION TO COMPEL DISCOVERY AND ORDER OF COURT FILED. HEARING: JULY 27, 1998 AT 3:00 P.M. CT RM 1

Migrated Filer

---
| 1 | 08/31/1998 | MOTION TO CONTINUE RE-ARRAIGNMENT | | |

MOTION TO CONTINUE RE-ARRAIGNMENT CONTINUED UNTIL 9/15/98 AT 1:30 PM

Migrated Filer

---
| 1 | 09/09/1998 | MOTION, FILED. VENANGO CO SHERIFF | | |

MOTION, FILED. VENANGO CO SHERIFF TO TRANSPORT DEFT FROM & TO SCI-HOUTZDALE TO APPEAR FOR RE-ARRAIGNMENT 9/15/98

Migrated Filer

---
| 1 | 09/15/1998 | GUILTY PLEA ENTERED CT #5 THEFT B | | |

GUILTY PLEA ENTERED CT #5 THEFT BY DECEPTION (M1) (CC 3922-A3)

Migrated Filer

---
| 1 | 09/17/1998 | MOTION TO TRANSPORT DEFENDANT FOR S | | |

MOTION TO TRANSPORT DEFENDANT FOR SENTENCE COURT ON 10-20-98, PRESENTED TO THE COURT AND GRANTED. SHERIFF OF VENANGO COUNTY OR ONE OF HIS DEPUTIES, TRANSPORT THE ABOVE-CAPTIONED DEFENDANT FROM SCI-HOUTZDALE, PA, TO VEN.CO.PRISON BY OCTOBER 19, 1998, AS DEFENDANT IS SCHEDULED TO BE SENTENCED ON TWO CASES ON OCTOBER 20, 1998 SENTENCE COURT. EXIT (2) CERT. SHERIFF.

Migrated Filer

---
| 1 | 10/20/1998 | SENTENCE, FILED CT#5- THEFT BY DECE | | |

SENTENCE, FILED CT#5- THEFT BY DECEPTION (M1) (CC3922-A1) PAY COSTS - FINE: $300.00  RESTITUTION: $853.15  HENRY STRICEK  WESTERN DIAGNOSTIC: 16 MONTHS - 60 MONTHS  COMPUTED: 10-20-98

Migrated Filer

---

151

# COURT OF COMMON PLEAS OF VENANGO COUNTY

## DOCKET



**Docket Number: CP-61-CR-0000183-1998**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Edward J Mcnatt

Page 6 of 9

## ENTRIES

| Document Number | CP Filed Date | Title/Entry/Comments | | |
|---|---|---|---|---|
| Issue Date | Filed By | | Service Type | Service To |
| 2 | 10/20/1998 | MOTION TO ENTER A NOLLE PROSEQUI TO | | |
| | | MOTION TO ENTER A NOLLE PROSEQUI TO COUNTS 1,2,3,4,6,7,8,9,10 AND GRANTED | | |
| | Migrated Filer | | | |
| 3 | 10/20/1998 | EXIT COMMITMENT /WESTERN | | |
| | | EXIT COMMITMENT /WESTERN | | |
| | Migrated Filer | | | |
| 4 | 10/20/1998 | DOCKET TRANSCRIPT - AOPC | | |
| | | DOCKET TRANSCRIPT - AOPC | | |
| | Migrated Filer | | | |
| 1 | 10/29/1998 | JUDGMENT FILING FEE ADDED/COSTS OF | | |
| | | JUDGMENT FILING FEE ADDED/COSTS OF $19.50 TO PROTHONOTARY-VEN CO  TOTAL COSTS, FINES & RESTITUTION $1,319.15   CIV 1886-1998 | | |
| | Migrated Filer | | | |
| 1 | 02/17/1999 | MOTION TO PROCEED NUNC PRO TUNC POS | | |
| | | MOTION TO PROCEED NUNC PRO TUNC POST SENTENCE MOTIONS, FILED | | |
| | Migrated Filer | | | |
| 1 | 03/12/1999 | ORDER OF COURT, FILED.  MOTION TO P | | |
| | | ORDER OF COURT, FILED.  MOTION TO PROCEED NUNC PRO TUNC IN FILING POST-SENTENCE MOTIONS  IS DENIED | | |
| | Migrated Filer | | | |
| 1 | 04/14/2004 | Motion for Refund of Fines and Costs | | |
| | Court of Common Pleas - Venango County | | | |
| 1 | 07/12/2004 | Motion for Transcripts | | |
| | Court of Common Pleas - Venango County | | | |

152

# COURT OF COMMON PLEAS OF VENANGO COUNTY

## DOCKET



**Docket Number: CP-61-CR-0000183-1998**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania
v.
Edward J Mcnatt

Page 7 of 9

## ENTRIES

| Document Number | CP Filed Date | Title/Entry/Comments | | |
|---|---|---|---|---|
| Issue Date | Filed By | | Service Type | Service To |
| 1 | 07/14/2004 | Motion for Post-Conviction Collateral Relief | | |
| | Court of Common Pleas - Venango County | | | |
| 1 | 07/28/2004 | Order Granting Post-Sentence Motion | | |
| | Lobaugh, Oliver J. | | | |
| 1 | 10/12/2004 | Petition for Writ of Habeas Corpus Filed | | |
| | Mcnatt, Edward J. | | | |
| 1 | 03/01/2005 | Application for Immediate Hearing on Pending Writ of Habeas Corpus | | |
| | Mcnatt, Edward J. | | | |
| 1 | 05/03/2005 | Opinion | | |
| | | FOR THE FOREGOING REASONS, THE DEFT MOTIONS, IN THE NATURE OF A PETITION FOR WRIT OF HABEAS CORPUS, APPLICATION FOR IMMEDIATE HEARING PENDING WRIT OF HABEAS CORPUS AND A PETITION FOR APPEAL ARE HEREBY DISMISSED. | | |
| | | CC: DA,DEFT,WJC | | |
| | Lobaugh, Oliver J. | | | |
| 2 | 05/03/2005 | Order Scheduling Hearing on Motion for Removal of Counsel | | |
| | | HEARING SCHEDULED FOR MAY 13 2005 1:30PM THE DISTRICT COURT ADMINISTRATOR SHALL MAKE ARRANGEMENTS TO HAVE THE DEFT PARTICIPATE IN SAID HEARING BY VIDEO CONFERENCING | | |
| | | MAY 3 2005 SCI HOUTZDALE VIDEO CONF. NO. 814 497-1058 CONTACT DORETTA CHENCHARICK | | |
| | Lobaugh, Oliver J. | | | |

153

# COURT OF COMMON PLEAS OF VENANGO COUNTY

## DOCKET



**Docket Number: CP-61-CR-0000183-1998**
## CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Edward J Mcnatt

Page 8 of 9

## ENTRIES

| Document Number | CP Filed Date | Title/Entry/Comments | | |
|---|---|---|---|---|
| Issue Date | Filed By | | Service Type | Service To |
| 1 | 05/05/2005 | Order Scheduling Hearing MAY 19 2005 11:30AM | | |
| | | CC: DA,WJC,CT CRIER | | |
| | Lobaugh, Oliver J. | | | |
| 1 | 05/19/2005 | Order Withdrawing Motion to Remove Counsel | | |
| | Lobaugh, Oliver J. | | | |
| 1 | 06/08/2005 | Transcript of Proceedings Filed: STATE SENTENCE 10-20-98 AT 4:24PM FILED E MELISSA R KEATING | | |
| | Court of Common Pleas - Venango County | | | |

## CASE FINANCIAL INFORMATION

Last Payment Date:  07/15/2005                    Total of Last Payment:  ($12.35)

| **Mcnatt, Edward J.** Defendant | Assessment | Payments | Adjustments | Non Monetary Payments | Total |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| Plea (Venango) | $75.00 | $0.00 | ($75.00) | $0.00 | $0.00 |
| Court Costs (Venango) | $3.00 | $0.00 | ($3.00) | $0.00 | $0.00 |
| Nolle Prosse (Venango) | $5.00 | $0.00 | ($5.00) | $0.00 | $0.00 |
| Magistrate Fee (Venango) | $21.90 | ($21.90) | $0.00 | $0.00 | $0.00 |
| State Cost (Venango) | $7.86 | ($7.82) | $0.00 | $0.00 | $0.04 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | $6.74 | ($5.51) | $0.00 | $0.00 | $1.23 |
| JCP | $1.50 | ($1.50) | $0.00 | $0.00 | $0.00 |
| Crime Victims Compensation (Act 96 of 1984) | $15.00 | $0.00 | ($15.00) | $0.00 | $0.00 |
| Crimes Commission Cost (Act 96 of 1984) | $15.00 | $0.00 | ($15.00) | $0.00 | $0.00 |

154

# COURT OF COMMON PLEAS OF VENANGO COUNTY

## DOCKET



**Docket Number: CP-61-CR-0000183-1998**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Edward J Mcnatt

Page 9 of 9

| **Mcnatt, Edward J.**<br>Defendant | Assessment | Payments | Adjustments | Non Monetary Payments | Total |
|---|---|---|---|---|---|
| Domestic Violence Compensation (Ac 44 of 1988) | $10.00 | ($8.15) | $0.00 | $0.00 | $1.85 |
| Firearm Education and Training Fund (158 of 1994) | $5.00 | ($4.09) | $0.00 | $0.00 | $0.91 |
| Costs/Fees Totals: | $166.00 | ($48.97) | ($113.00) | $0.00 | $4.03 |
| **Fines** | | | | | |
| Crimes Code, etc. | $300.00 | ($206.73) | ($45.16) | $0.00 | $48.11 |
| Fines Totals: | $300.00 | ($206.73) | ($45.16) | $0.00 | $48.11 |
| **Restitution** | | | | | |
| Restitution | $853.15 | $0.00 | ($853.15) | $0.00 | $0.00 |
| Restitution | $19.50 | $0.00 | ($19.50) | $0.00 | $0.00 |
| Restitution Totals: | $872.65 | $0.00 | ($872.65) | $0.00 | $0.00 |
| Grand Totals: | $1,338.65 | ($255.70) | ($1,030.81) | $0.00 | $52.14 |

** - Indicates assessment is subrogated

*155*